## 24718. AAA ELECTRICAL CONTRACTORS & ENGINEERS, INC. et al. v. CITY OF ATLANTA et al.

GRICE, Justice. This appeal is controlled favorably to the appellants by the decision in *Pharr Road Investment Co. v. City of Atlanta,* 224 Ga. 403.

*Judgment reversed. All the Justices concur.*

ARGUED JULY 9, 1968—DECIDED JULY 16, 1968.

*Smith, Currie & Hancock, Overton A. Currie, Harry L. Griffin, Jr., Robert B. Ansley, Jr.,* for appellants.

*Henry L. Bowden, Ferrin Y. Mathews,* for appellees.